**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

RISHARD AMADI SALAAM,

Plaintiff,

v.

GLEN E. PRATT, et al.,

Defendants.

Case No. 5:24-cv-01568-KK (DFM)

ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections were filed by the deadline. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that:

1. The Report and Recommendation is accepted.

2. Plaintiff's Second Amended Complaint is DISMISSED without leave to amend.

Date: August 5, 2026

KENLY KIYA KATO
United States District Judge