JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| RISHARD AMADI SALAAM,<br>Plaintiff,<br>v.<br>GLEN E. PRATT, et al.,<br>Defendants. | Case No. 5:24-cv-01568-KK (DFM)<br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's Second Amended Complaint is DISMISSED without leave to amend.

Date: August 5, 2026

KENLY KIYA KATO
United States District Judge